```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT              │ DOC #: _____       │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: 6/25/09         │
- - - - - - - - - - - - - - - - - - - -X  └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOHN WHITFIELD,                                 :

               Plaintiff pro se,    :

      -against-                               :

DR. O'CONNELL, et al.,                          :

                               :

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 1925 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for an initial pre-

trial/pre-motion conference on June 19, 2009, the following schedule is established on consent:

        1.      Defendants shall serve and file their motions to dismiss by July 7, 2009;

        2.      Plaintiff shall serve and file his opposition to the motions by August 14, 2009;

        3.      Defendants shall serve and file any reply by August 26, 2009;

        4.      The parties shall complete all discovery by December 18, 2009;

        5.      The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by January 22, 2010; and

6.   A final pre-trial conference shall take place on January 29, 2010 at 10:30 a.m.

Dated:  June 19, 2009
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

Mr. John Whitfield
88-A-5197
Woodbourne Correctional Facility
99 Prison Rd.
P.O. Box 1000
Woodbourne, NY 12788
*Plaintiff pro se*