# SILVERSON, PARERES & LOMBARDI LLP

ATTORNEYS AT LAW
300 East 42nd Street
New York, New York 10017

Telephone: (212) 557-1818
Facsimile: (212) 557-1336

www.spllp.com

Robert M. Silverson, Jr.
Joseph T. Pareres*
Victoria A. Lombardi

Nancy I. Maltin
Rachel H. Poritz
Jeffrey J. Schietzelt
Craig J. Kamback
Rocco R. Riccobono
Joseph C. Marchese

*Also Admitted in Connecticut

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____

RECEIVED
AUG 0 4 2009
CHAMBERS OF
ANDREW J. PECK

BY FAX

**MEMO ENDORSED**

[Handwritten notation: Request for extension of time DENIED. No motion or request was made for the order to be issued on 7/29/09 to have plaintiff's counsel to schedule conference call before the deadline for payment to return docs to counsel. Defendant does not at this time appear to need any new expanded time and is unable to object to it. Regardless, please just forward. I am not able to ... SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge]

August 4, 2009

*VIA FACSIMILE (without enclosures)*
*and HAND DELIVERY (with enclosures)*

Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re: **Whitfield v. O'Connell, et al.**
    **Index No. 09-CIV.1925 (WHP)**

Dear Justice Peck:

Our firm represents defendants Robert L. Rush, Ph.D. and BioReference Laboratories s/h/a Medilabs Laboratory.

I am writing in response to your Scheduling Order dated July 29, 2009, wherein the undersigned was ordered to provide Your Honor with copies of plaintiff's discovery requests and defendant Medilab's responses by July 31, 2001.

Unfortunately, the undersigned did not receive a copy of the Scheduling Order by facsimile, as indicated on the order. Rather, the undersigned received the Order late yesterday afternoon when my associate reviewed the case docket sheet on ECF/Pacer in connection with a telephone call to Justice

Pauley's chambers with respect to a motion filed by the plaintiff to amend the Complaint for which no pre-motion conference was held.

In compliance with Your Honor's Order, enclosed please find copies of the plaintiff's discovery requests and the defendant's responses. The plaintiff and Office of the Attorney General have previously been served with these documents.

We also first received notice late yesterday afternoon that Your Honor has scheduled a conference for Thursday August 6, 2009. The undersigned respectfully requests a short adjournment of the August 6, 2009 conference. The undersigned is not available to appear at the scheduled date and time. No prior request for an adjournment has been made with respect to this case before Your Honor and the late request is due to the late manner in which we were apprised of this conference. We are unable to reach the pro se plaintiff for consent, as he is currently imprisoned in Woodbourne Correctional Facility.

Of note, Justice Pauley's chambers advised me today that there is a pre-motion conference that is being scheduled for August 12, 2009 at 2pm to address plaintiff's motion to amend the complaint.

Thank you.

Sincerely,

Joseph T. Pareres

Encl. as indicated

cc: (without enclosures)

  *VIA REGULAR MAIL*
  Mr. John Whitfield
  88-a 5197 Woodbourne Correctional Facility
  99 Prison Road
  P.O. Box 1000
  Woodbourne, New York 12788

  *VIA FACSIMILE*
  Office of the Attorney General
  120 Broadway 24th Floor
  New York, New York 10271
  Attn: Christina Okereke, Esq.
     Assistant Attorney General

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  August 4, 2009                         Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Joseph T. Pareres, Esq. | 212-557-1336 |
| Christina Chinwe Okereke, Esq. | 212-416-6075 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 8/4/09**

Request to adjourn 8/6 conf. is <u>DENIED</u>. Not only did we fax the Order to you on 7/29 (we have fax confirmation) but my secretary called your office several imes before then to schedule the conf. - a lawyer who fails to return calls from the Court does so at his own peril. Nor have you explained why you are unavailable on 8/6. Accordingly, the conf. will go forward and you must appear.


Copies to:  John Whitfield (Mail)
            Judge William H. Pauley III